COPY

EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

WES REBER PORTER #7698
Assistant U.S. Attorney

DAVID A. NORKIN
Special Assistant U.S. Attorney
Suite 6100, Box 50183
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: 440-9248
Facsimile: 541-2958
E-Mail: david.norkin@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 2 2005

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR 05-00171 |
|---|---|---|
| Plaintiff, | ) | INFORMATION |
| vs. | ) | [18 U.S.C. § 641] |
| ROCHELLE SOIKOWSKI, | ) | |
| Defendant. | ) | |

INFORMATION

COUNT 1

The United States Attorney charges that:

On or about December 13, 2004, in the District of Hawaii, the defendant ROCHELLE SOIKOWSKI, willfully and knowingly did steal and purloin thirty-eight cartons of cigarettes, one Trek duffle bag, and one Texier purse, the goods and property of

the United States, in violation of Title 18, United States Code, Section 641.

### COUNT 2

The United States Attorney further charges that:

On or about January 11, 2005, in the District of Hawaii, the defendant ROCHELLE SOIKOWSKI, willfully and knowingly did steal and purloin ten cartons of cigarettes, one Panasonic MP3 player, one Coach purse, one Texier handbag, one David and Goliath watch, and one bag of coffee, the goods and property of the United States of an aggregate value of $953.87, in violation of Title 18, United States Code, Section 641.

DATED: April 22, 2005, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
WES REBER PORTER
Assistant U.S. Attorney

_____
DAVID A. NORKIN
Special Assistant U.S. Attorney